IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01123-ZLW

JONATHAN LEE RICHES, d/b/a
BERNARD L. MADOFF, a/k/a
UMAR FAROUK ABDULMUTALLAB,

    Plaintiff,

v.

DEEPWATER HORIZON RIG, a/k/a TRANSOCEAN Ltd, d/b/a BP PLC, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER IMPOSING SANCTIONS

Plaintiff, Jonathan Lee Riches, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Medical Center in Lexington, Kentucky. He submitted to the Court *pro se* a document titled "Preliminary Injunction, Temporary Restraining Order TRO, 28 USC 1331."

In an order filed on August 3, 2010, the Court dismissed the action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Riches' failure to comply with a Court order and cure the designated deficiencies within the time allowed. The August 3 order also directed Mr. Riches to show cause within twenty days why he should not be prohibited from filing new actions in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the United States District Court for the District of Colorado, unless he obtains the Court's permission to proceed *pro se*. The August 3 order

warned Mr. Riches that filing restrictions may be imposed whether or not he shows cause as directed within the time allowed. Mr. Riches has failed, within the time allowed, to show cause as directed or otherwise to communicate with the Court in any way in the instant action.

Therefore, Mr. Riches will be prohibited from filing new actions in this Court without the representation of a licensed attorney admitted to practice in this Court, unless he obtains permission to proceed *pro se*. In order to obtain permission to proceed *pro se*, Mr. Riches will be directed to take the following steps:

1. File with the clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

   A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

   B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other proceedings in the District of Colorado. If so, he must cite the case number and docket number where the legal issues previously have been raised.

3. Submit the proposed new pleading to be filed in the *pro se* action.

The motion requesting leave to file a *pro se* action and the proposed new pleading shall be submitted to the clerk of the Court, who shall forward them to the judicial officer designated by the Chief Judge pursuant to D.C.COLO.CivR 8.1C. for review. If the motion requesting leave to file a *pro se* action is denied, the matter will

be dismissed. If the motion requesting leave to file a *pro se* action is granted, the case will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice of the United States District Court for the District of Colorado-Civil.

Accordingly, it is

ORDERED that Plaintiff, Jonathan Lee Riches, is prohibited from filing new actions in the United States District Court for the District of Colorado without the representation of a licensed attorney admitted to practice in the United States District Court for the District of Colorado, unless he obtains the Court's permission to proceed *pro se* as directed in this order.

DATED at Denver, Colorado, this  31st  day of  August , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01123-ZLW

Jonathan Lee Riches
a/k/a Bernard Madoff
Reg No. 40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/1/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk